MICHAEL BUNDRA
#1721965
MICHAEL UNIT #13
2664 FM 2054
TENNESSEE COLONY, TX
75886

81,109-01

DEC 23 2014

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITAL STATION
AUSTIN, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

RE: ABEL ACOSTA
CCA. NO WR-81-109-01
TRIAL COURT CASE NO 10-CR-3338-D

I AM FORWARDING A MOTION TO GRANT APPLICATION
OF INEFFECTIVE ASSISANTCE OF COUNSIL AND ALSO
REMAND OF A CHANGE OF ADDRESS TO:

MICHAEL BUNDRA 1721965
MICHAEL UNIT #13
2664 FM 2054
TENNESSEE COLONY, TX
75886

SINCERLY,

MOTION DENIED
DATE: 1-5-15
BY: DC

COURT OF CRIMINAL APPEALS
Austin, Texas

IN RE:
MICHAEL BUNDRA
    RELATOR

COURT CRIMINAL APPEALS-WR-81-109-0
TR CT NO: 10-CR-3338-0

VS

HONARABLE ANGELICA HERNANDEZ
105th JUDICIAL DISTRICT
NUECES COUNTY, TEXAS

RELATOR MOTION TO GRANT APPLICATION OF
INEFFECTIVE ASSISTANCE OF COUNSEL AS ALLEGED
IN APPEAL NO WR-81-109-01

CASE SUMMARY TO COMPEL

ON 4/16/14 COURT OF CRIMINAL APPEALS ORDERED THE STATE ATTORNEY
TO ① APPLICANTS TRIAL COUNSEL TO RESPOND TO CLAIM OF
INEFFECTIVE ASSISTANCE OF COUNSEL BY AFFIDAVIT SET OUT
IN TEX.CCP ART 11.07 3(d)

② IF A HEARING IS HELD APPOINT COUNSEL TO REPRESENT APPLICANT
TX CCP ART 26.04

③ THE TRIAL COURT "SHALL" MAKE FINDINGS OF FACT WHETHER
WAIVER OF HIS RIGHT TO FILE HABEAS CORPUS WAS VOLUNTARILY
MADE.

④ THEN THE TRIAL COURT "SHALL" MAKE FINDINGS OF FACT AND
CONCLUSION OF LAW AS TO WHETHER THE PERFORMANCE OF
APPLICANTS TRIAL COUNSEL WAS DEFICIENT AND IF SO, WHETHER
COUNSELS DEFICIENT PERFORMANCE PREJUDICED APPLICANT.

①

(5) THE TRIAL COURT "SHALL" ALSO MAKE ANY OTHER FINDINGS OF FACT AND CONCLUSIONS OF LAW THAT IT DEEMS RELEVANT AND APPROPRIATE TO THE DISPOSITION OF APPLICANTS CLAIM FOR HABEAS CORPUS RELIEF. ALL ISSUES BE RESOLVED IN 90 DAYS

## OVERVIEW

SINCE NO EFFERT HAS BEEN MADE TO COMPLY WITH COURT ORDERS DATED APRIL 16, 2014 AND OCT 3, 2014 FOLLOWED BY 2ND REMINDER NOTICE DATED DEC 10, 2014 AND JUDGE OF 105TH JUDICIAL COURT THE COURT OF CRIMINAL APPEALS SHOULD FIND THE JUDGE OF THE 105TH IN CONTEMPT OF COURT. AND GRANT RELATOR APPLICATION OF INEFFECTIVE ASSISTANCE OF COUNSEL NO: CCA WR-81,109-01 IN TRIAL COURT CASE NO 10-CR-3338-D AND OVERTURN ORIGINAL CONVICTION

EXECUTED THIS
12/23/14

SINCERLY,
MICHAEL BUNORA 1721965
MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY TX
75886

CERTIFICATE OF SERVICE

ON THIS 12/23/14 A COPY OF THIS MOTION WAS PLACED IN US. POSTAL SERVICES. NUECES COURTHOUSE 901 LEAPORD ST RM 206 CORPUS CHRISTI TEXAS DISTRICT ATTORNEY OFFICE

(2)